**DLA PIPER LLP (US)**
BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700
Fax: 213.330.7701
Email:   betty.shumener@dlapiper.com
         henry.oh@dlapiper.com

Attorneys for Plaintiff
POLICE & FIRE RETIREMENT SYSTEM OF
THE CITY OF DETROIT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, a Michigan public employee retirement system,<br><br>    Plaintiff,<br><br>    v.<br><br>ORCHARD PARK, LLC, an Oregon limited liability company; CRYSTAL TERRACE RETIREMENT COMMUNITY, LLC, an Oregon limited liability company; SANDDOLLAR VILLAGE ASSISTED LIVING, LLC, an Oregon limited liability company; JON M. HARDER, an individual; DARRYL E. FISHER, an individual; CAPITAL MANAGERS, LLC, an Oregon limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 08 5316 PJH<br><br>**FURTHER CASE MANAGEMENT STATEMENT OF PLAINTIFF AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Date:    July 30, 2009<br>Time:   2:30 p.m.<br>Dept.:   3<br><br>Complaint Filed: November 24, 2008 |

WEST\21756572.1                              -1-

PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE CMC

DLA Piper LLP (US)
Los Angeles

Pursuant to the Minute Order entered by the Court on March 26, 2009, plaintiff Police & Fire Retirement System of the City of Detroit ("Plaintiff") hereby submits the following Further Case Management Statement Of Plaintiff And Request To Continue The Case Management Conference.

## I.   FACTS

**A.   Background and Procedural History**

This action arises out of three (3) loans in the aggregate amount of $14,431,000 made on or about September 23, 2005 (collectively, the "Loans") to defendants Orchard Park, LLC, Crystal Terrace Retirement Community, LLC and Sanddollar Village Assisted Living, LLC (collectively, "Borrowers"). The Loans are cross-defaulted and cross-collateralized. Defendants Jon M. Harder ("Harder") and Darryl E. Fisher (collectively, "Guarantors") guaranteed the repayment of the Loans.

The three loans are secured by assisted living facilities located in Lake County, California, Klamath County, Oregon, and Beaufort County, South Carolina. The three loans have been in default since June and July 2008.

On December 31, 2008, Harder filed a bankruptcy petition under Chapter 11 with the United States Bankruptcy Court for the District of Oregon (Hon. Trish Brown presiding). Prior to the commencement of his chapter 11 bankruptcy case, Harder owned interests in hundreds of limited liability companies ("LLCs"), most of which were formed under the laws of the State of Oregon. These LLCs in turn owned and/or operated more than 250 senior assisted living facilities ("ALFs") nationwide.

Concurrently with the filing of his bankruptcy petition, Harder filed a Complaint against numerous lenders, including Plaintiff, and filed a motion for preliminary injunction in Oregon Bankruptcy Court seeking to enjoin those lenders from proceeding with the appointment of receivers and foreclosures of the ALFs under section 105 of the Bankruptcy Code. On January 26 through 28, 2009, the Oregon Bankruptcy Court held a three-day evidentiary hearing of Harder's motion for preliminary injunction. During the hearing, Harder and other witnesses acknowledged and admitted that the loans were in default and that Harder's companies had been

1  diverting the cash flow from the ALFs, but claimed that an injunction against all lenders was
2  purportedly necessary to Harder's effort to reorganize.  On February 13, 2009, the Oregon
3  Bankruptcy Court issued a Memorandum Opinion denying Harder's motion for preliminary
4  injunction.

On February 24, 2009, the Court entered the Order granting Plaintiff's Motion for Appointment of Receiver and appointed Grace Management, Inc. ("Grace") as the receiver of the three ALFs at issue in this action.

On March 2, 2009, the SEC filed a Complaint against Harder and certain companies and individuals affiliated with Harder for securities fraud in the United States District Court for the District of Oregon (Hon. Michael Hogan presiding).  On March 10, 2009, the Oregon District Court entered an Order Granting Preliminary Injunction and Appointing Receiver ("SEC Order") appointing Michael Grassmueck ("SEC Receiver") as the receiver for certain companies affiliated with Harder, including the LLCs, and ordering that:

> no creditor of or claimant against any of the Receivership Entities, or any person action on behalf of such creditor or claimant, shall take any action to interfere with the Receiver's or CRO's control, possession, or management of the Receivership Entities ….  This Order shall not be construed to stay or enjoin actions in pending bankruptcy cases or state or federal receivership actions.
>
> * * *
>
> [O]ther parties in interest shall have the right to apply to the Court to modify the terms of this Order.

The SEC Receiver has claimed that under the SEC Order entered by the Oregon District Court, the existing receivers appointed by other courts (e.g., Grace) remain in place but that the lenders may not proceed with the foreclosures of the ALFs.

**B.     Plaintiff Files Motion for Relief From SEC Order**

On June 5, 2009, Plaintiff filed a Motion for Relief from the SEC Order with the Oregon District Court, a true and correct copy of which is attached hereto as Exhibit "1."  On June 11, 2009, the Oregon District Court scheduled a hearing of Plaintiff's Motion for Relief from the SEC Order for August 18, 2009 at 10 a.m.

1  **C.  The Parties Orally Enter Into Settlement**

2　　　　After Plaintiff filed the Motion for Relief From the SEC Order, the parties,
3  including the restructuring officer appointed by the Oregon District Court, participated in multiple
4  mediation sessions before the Hon. Lyle Velure (Ret.), the mediator appointed by the Oregon
5  District Court.  As a result of such mediation and negotiations, on July 8, 2009, the parties orally
6  agreed to a settlement before Judge Velure, subject to the preparation, approval, and execution of
7  a formal agreement documenting such settlement, which provides, among other things, that
8  Plaintiff will receive a deed-in-lieu of foreclosure of one of the three ALFs at issue in this action
9  on or before August 15, 2009 and that the loans secured by the other two ALFs will be modified
10 to extend the maturity date by three years.

11　　　　　　　**II.  REQUEST TO CONTINUE CMC**

12　　　　As explained above, the parties orally entered into a settlement before Judge
13 Velure, wherein, among other things, Plaintiff will receive a deed-in-lieu of foreclosure of one of
14 the three ALFs at issue in this action on or before August 15, 2009 and the loans secured by the
15 other two ALFs will be modified to extend the maturity date by three years.  Once the settlement
16 is consummated, Plaintiff's claim for foreclosure will become moot.

17　　　　Based on the foregoing, Plaintiff respectfully requests that the Case Management
18 Conference presently scheduled for July 30, 2009 at 2:30 p.m. be continued for 60 days to a date
19 and time convenient to the Court.   The case management conference is continued to 10/15/09
20 　　　　　　　　　　　at 2:30 p.m.

21 Dated: July 24, 2009　　　　　　　　　　DLA PIPER LLP (US)

23　　　　　　　　　　　　　　　　　　　By:  /s/ Betty M. Shumener
24　　　　　　　　　　　　　　　　　　　　BETTY M. SHUMENER
　　　　　　　　　　　　　　　　　　　　   Attorneys for Plaintiff
25　　　　　　　　　　　　　　　　　　　　POLICE & FIRE RETIREMENT SYSTEM OF
　　　　　　　　　　　　　　　　　　　　   THE CITY OF DETROIT

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]